In the Matter of the Claim of FRANCIS J. BENZ, Respondent, against KNIGHTS OF ST. JOHN CLUB et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ., concur. [See *post*, p. 967.]